UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13CR1725-L |
| Plaintiff, | ) ) | **ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT** |
| v. | ) ) | |
| MARIA GUADALUPE TORRES, | ) ) | |
| Defendant. | ) ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 13CR1725-L against defendant MARIA GUADALUPE TORRES be dismissed without prejudice.

DATED: June 19, 2013

_____
M. James Lorenz
United States District Court Judge